DIVERS GOODS EX *Porto Prince,* 1721

RHODE ISLAND SS   To the Hon<sup>ble</sup> John Menzies Esq<sup>r</sup> Judge of his Majestys Court of Vice Admiralty in this Colony

Whereas a Citation from you the s<sup>d</sup> Menzies wherein you have Cited Coll: John Wanton Esq<sup>r</sup> Dep<sup>t</sup> Gov<sup>r</sup> of this his Maj<sup>ts</sup> Colony of Rhode Island etc. and Nath<sup>ll</sup> Kay Esq<sup>r</sup> Collector of his Majestys Customs in this Colony to Appear before you at a Court of Admiralty to be held at the house of M<sup>r</sup> John Channing in Newp<sup>t</sup> at nine of the Clock this morning to Answer for a Contempt by you said to be Committed in obstructing and hindring the sale of several Negroes and some sugar and Cocoa; by your Decree of the 27th of May last past ordered to be sold.

And the Gov<sup>r</sup> and Councill having considered the same Do find that the Hon<sup>ble</sup> John Wanton Esq<sup>r</sup> and Nathaniel Kay Esq<sup>r</sup> have proceeded no otherways than by order of this Councill dated the 15th of June 1721. And that the Afores<sup>d</sup> Citation of yours is Illegal wrong and Erronious, and in noways to be observed or heeded.

Therefore the Hon<sup>ble</sup> the Gov<sup>r</sup> and Councill of this Colony Do in his Majestys Name George by the Grace of God King of Great Brittain etc: Prohibit and forbid You John Menzies Esq<sup>r</sup> to Deale intermeddle or make any further order or Decree for the selling of the afores<sup>d</sup> slaves sugar or Cocoa or putting in Execution any former Decree given for the same (for the same is in the Custody and under the Care of this Government and they have taken lawfull steps for the securing and disposition of the same) on the penalty of being proceeded Ag<sup>st</sup> as the Law Directs on your Contempt. And you James Martin Dep<sup>t</sup> Register of s<sup>d</sup> Court, and You James Cory Marshall of the same are hereby Prohibited and forbid to publish or serve any

Citation order or Decree or Execution any ways relating to the afores^d premises as you will answer the same at your Perils.

And this Prohibition to be in force untill the Councill and Assembly have Given there further Determination thereon, given under my hand at Newp^t this 23^d of June in the Seventh Year of his Maj^ts Reign Anno Dom: 1721

Sign'd by Advice of the Councill.<br>Sam^ll Cranston Gov^r

Jahleel Brenton Esq^r Sheriff  You are hereby in his Majestys Name required to read this Prohibition in the Presence of Judge Menzies but in case of opposition to read it publickly at the door of the House where the s^d Judge holds his Court

Sam^ll Cranston Gov^r

Newp^t June 23: 1721 then read the w^thin Recept in the presence of the Hon^ble John Menzies, the Regist^r and Marshall of the Court of Admiralty before the Court was opened.  Registred

per Jahleel Brenton sheriffe<br>Per Rich^d Ward Secretar^y

Voted and Ordered that his Hon^r the Gov^r have all the Effects of the Ship Porto Prince put into his hands out of the hands of D^y Coll John Wanton and Nathaniel Kay and that they be Assisting in the Recovering of the same.

The Gen^l Councill having seen the Gov^rs Power, and the Proofs of the Owners Interest in the ship Porto Prince and her cargo, and it Appearing unto them, that the Negroes Sugar and Cocoa seized and sold by publick Vandue in the Town of Newp^t on the 23 of June 1721 by act and order of s^d Councill and the produce put into the hands of the Gov^r L^t Coll John Wanton Dep^t Gov^r and Nath^l Kay Esq^r Collector is part and parcell of the Cargo of s^d Ship Porto Prince and of right doth belong to the Owners thereof.

The Councill do therefore in obedience to his Majestys Commands signified unto them by my Lord Carteret one of his principal Secretarye of State bearing date from Whitehall Nov^r the 30th 1721 and by virtue of the Power Vested in Samuel Cranston Esq^r Gov^r from Thomas Hyam Agent for the Owners in Great Brittain It is therefore the order and Decree of s^d Councill that John Wanton Esq^r late Dep^t Gov^r and Nath^l Kay Esq^r do surrender and deliver up into the hands of s^d Samuel Cranston Esq^r Gov^r for the use of s^d Owners upon Demand; what of the produce of s^d Negroes etc. is in their possession and that they do Assist the s^d Gov^r in the recovery of what of the s^d Effects is outstanding and not yet paid pursuant to the Au-

thority formerly given them and all or any persons having any of s^d Effects in their possession are hereby required to pay the same to said Gov^r or his order he paying all reasonable Charges that hath Accrued thereon and said Gov^rs receipt shall be a sufficient discharge from the Authority of the Councill or any others claiming the same

Done in Councill<br>
Teste R^d Ward Secretary

Att A Generall Councill held at Newport May the 21st and 22^d 1723

Present

| | |
|---|---|
| The Hon^ble Samuel Cranston Esq^r Gov^r | M^r John Wickes Ass^t |
| The Hon^ble Jos^a Jenckes Esq^r Dep^t Gov^r | M^r Andrew Harris Ass^t |
| Cap^t Jonathan Nickols Ass^t | M^r George Cornell Ass^t |
| L^t Coll John Wanton Ass^t | M^r W^m Anthony Ass^t |
| Cap^t Edward Thurston Ass^t | M^r Jeremiah Gould Ass^t |
| Major Randal Holden Ass^t | M^r Rowse Helme Ass^t |

His Honour the Gov^r Communicated to this Councill his Maj^ts Commands bearing date from Kensington Sep^r the 25th 1722 commanding the Gov^r and Councill of this Colony; to deliver up to John Menzies Esq^r Judge of the Court of Vice Admiralty all the Effects of the ship Porto Prince, that was brought into this Colony; and secured by the Gov^r and Councill for the use of the Owners. And this Councill having already by Virtue of an order from my Lord Carteret signifying his Maj^ts pleasure dated Nov^r the 30th 1721 delivered them up to Samuel Cranston Esq^r assignee to Thomas Hyam the attorney of the Owners and Insurers of the s^d Ship Porto Prince

Therefore It is ordered and Voted by this Councill that the answers drawn up by the Gov^r and Exhibited to this Councill; to Answer the s^d order both to his Maj^t and Judge Menzies, be sign'd by the Secretary in behalfe of the Councill and Transmitted accordingly and also that the Secretary sign the address drawn upto be sent to his Majestie.

Att A Gen^l Councill<br>
Done in Councill<br>
Teste Rich^d Ward Secr^y